The New York, Chicago & St. Louis Railroad Company, appellee, v. James Zajicek, appellant. Gen. No. 35,158.

Opinion filed July 9, 1931.
Andrew Mitchell, for appellant; Robert L. Floyd, of counsel. Winston, Strawn & Shaw, for appellee;. James H. Cartwright and Thomas A. Reynolds, of counsel.
Mr. Justice Matchett delivered the opinion of the court.